PATRICK S. SMITH, ESQ., State Bar No. 120220
BELTRAN, BELTRAN, SMITH & MACKENZIE LLP
16133 Ventura Blvd., Suite 1145
Encino, California 91436
Telephone: (818) 981-1027
Facsimile: (844) 270-8055
patricksmithlaw@gmail.com

Attorney for Plaintiff
VERNON STRATTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON STRATTON<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER GONZALEZ (#42365), OFFICER SANCHEZ (#32899), OFFICER AMBER KIM (#40907), TRAVIS HANTSBARGER, DONNA BRITTON, and DOES 1- 100, inclusive,<br><br>　　　　Defendants. | 2:19-cv-00430 MCS (ASx)<br><br>JOINT MOTIONS IN LIMINE |

　　　Plaintiff, on behalf of the parties, hereby submits their joint motions in limine, As of this time, the parties have agreed to a resolution on all the motions.

DATED: October 9, 2020　　　　BELTRAN, BELTRAN, SMITH & MACKENZIE LLP

　　　　　　　　　　　　　　　By:  /S/_____
　　　　　　　　　　　　　　　　　PATRICK S. SMITH
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

---

*Joint Motions in Limine*
*Page 1*

1. Plaintiff's motion *in limine* to preclude introduction or mention of any alleged contacts prior to the April 12, 2018 date of incident with the police department or court system. The parties have agreed that no such evidence will come in unless the Plaintiff "opens the door," or any such information becomes relevant, and the court determines that prior contacts, if any, are admissible.

2. Defendant Hantsbarger/Britton motion *in limine* to preclude introduction or mention of any alleged contacts prior to the April 12, 2018 date of incident with the police department or court system. The parties have agreed that no such evidence will come in unless these defendants "open the door," or any such information becomes relevant, and the court determines that prior contacts, if any, are admissible.

3. Defendant Police Officers motion *in limine* to request an order bifurcating determination of liability from that of damages (both compensatory and punitive). FRE 402, 403, and FRCP 42. These defendants have withdrawn this motion.

4. Defendant Police Officers motion *in limine* to preclude any mention and/or evidence of other lawsuits, claims, settlements of verdicts involving the LAPD or other law enforcement agencies. The parties have agreed that no such evidence will come in unless these defendants "open the door," or any such information becomes relevant, and the court determines that prior contacts, if any, are admissible.

///
///
///

5. Defendant Police Officers motion *in limine* to preclude any mention or evidence of any media articles and/or reports regarding the LAPD or other law enforcement agencies. The parties have agreed that no such evidence will come in unless the Hantsbarger "opens the door," or any such information becomes relevant, and the court determines that the evidence, if any, is admissible.

DATED: October 9, 2020   BELTRAN, BELTRAN, SMITH & MACKENZIE LLP

By   /S/
   PATRICK S. SMITH, ESQ.
   Attorney for Plaintiff

DATED: October 9, 2020   MICHAEL FEUER
Los Angeles City Attorney

By   /S/
   MATTHEW W. MCALEER
   Deputy City Attorney
   Attorneys for Defendants, City of Los Angeles, Gonzalez, Sanchez, and Kim

DATED: October 9, 2020   D. SHAWN BURKLEY, ATTORNEY-AT-LAW

By   /S/
   D. Shawn Burkley, Esq.
   Attorney for Defendants Hantsbarger and Britton