PATRICK S. SMITH, ESQ., State Bar No. 120220
BELTRAN, BELTRAN, SMITH & MACKENZIE LLP
16133 Ventura Blvd., Suite 1145
Encino, California 91436
Telephone: (818) 981-1027
Facsimile: (844) 270-8055
patricksmithlaw@gmail.com

Attorney for Plaintiff
VERNON STRATTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON STRATTON | CV 2:19-cv-00430 MCS (ASx) |
| Plaintiff, | Pretrial Conference:<br>Date: October 30, 2020 |
| vs. | Time: 10:00 a.m.<br>Ctrm: First Street Courtroom 7C |
| CITY OF LOS ANGELES, OFFICER GONZALEZ (#42365), OFFICER SANCHEZ (#32899), OFFICER AMBER KIM (#40907), TRAVIS HANTSBARGER, DONNA BRITTON, and DOES 1- 100, inclusive, | Trial: November 17, 2020<br>Time: 9:00 a.m. |
| Defendants. | |

Plaintiff hereby submits his list of proposed witnesses to the court. Given the current pandemic, the availability of some witnesses is uncertain. Plaintiff does not intend to call all of these witnesses depending on their availability.

DATED: October 9, 2020            BELTRAN, BELTRAN, SMITH & MACKENZIE LLP

By: _____
PATRICK S. SMITH
Attorneys for Plaintiff

*Plaintiff's Witness List*
*Page 1*

# VERNON STRATTON V. CITY OF LOS ANGELES, ET AL.
# 2:19-CV-00430 MCS (ASx) .

| WITNESS NO. | IDENTITY AND BRIEF DESCRIPTION OF TESTIMONY | Time Est. Direct Plaintiff | Time Est. Cross Officers | Time Est. Cross Priv Defs |
|---|---|---|---|---|
| 1. | Vernon Stratton (Plaintiff would testify to the events of April 12, 2018 and how he was beaten, then arrested and prosecuted. He will also testify to his injuries both mental and physical) | 2 hours | 1 hour | 3 hours |
| 2. | Officer Joe Gonzalez (Defendant will testify to his being called to the scene, his interview with Defendant Hantsbarger (recorded on BWV), his writing of the arrest report, his subsequent testimony in court and his conversations with other defendants regarding testimony) | 2 hours | 1 hour | .5 hours |
| 3. | Officer Sanchez (Defendant will testify to his being called to the scene, his interview with Defendant Hantsbarger (recorded on BWV), his writing of the arrest report, his subsequent presence in court and his conversations with other defendants regarding testimony) | .5 hours | .5 hours | 1 hour |
| 4. | Officer Amber Kim (Defendant will testify to her investigation into the case and the writing of her report, and the interview of witnesses at the scene.) | .5 hours | .5 hours | 1 hour |
| 5. | Travis Hantsbarger (Defendant will testify to his presence at Donna Britton's house, his confrontation with Plaintiff, his beating of Plaintiff and Plaintiff's observable injuries, his subsequent conversations with Defendant Britton, police officers, and his statements to the police, other witnesses, and to the prosecution). | 2 hours | .5 hours | 1 hour |

| | | | | |
|---|---|---|---|---|
| 6. | Donna Britton (Defendant will testify to the events at her home on April 12, 2018, Travis Hantsbarger's presence at her house, Hantsbarger's confrontation with Plaintiff, Hantsbarger's beating of Plaintiff and her participation in that beating, and Plaintiff's observable injuries, Hantsbarger's subsequent conversation/statements with her and statements to the police officers, other witnesses, and to the prosecution). | 2 hours | .5 hours | .5 hours |
| 7. | Detective Foster Rains (Witness will testify to the statement of Defendant Donna Britton and his investigation into the case and authentication of evidence. | .3 hours | .25 hours | .5 hours |
| 8. | Officer Aleman (Percipient Witness will testify about the incident involving the investigation into and reports of having " heard a child scream" before the incident resulting in the beating of Plaintiff) | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37.  Response Disclosed in discovery and in documents produced | 1 hour |

| | | | | |
|---|---|---|---|---|
| 9. | Officer Castleberry (Percipient Witness will testify about the incident involving the investigation into and reports of having " heard a child scream" before the incident resulting in the beating of Plaintiff) | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37. Response Disclosed in discovery and in documents produced | 1 hour |
| 10. | Officer Montoya (Percipient Witness will testify about the incident involving the investigation into and reports of having " heard a child scream" before the incident resulting in the beating of Plaintiff) | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37. Response Disclosed in discovery and in documents produced | 1 hour |
| 11. | Brandon Pua (Percipient Witness will testify to his presence with Plaintiff on the evening of April 12, 2018 and the events he observed, as well as testimony regarding the overhearing of a conversation in court between and among defendants Travis Hantsbarger and the Officer Defendants.) | 1 hour | .5 hours; Objection: Failure to Disclose. FRCP 26 and 37. Response Disclosed in discovery and in documents produced | 1 hour |

*Plaintiff's Witness List*
*Page 4*

| | | | | |
|---|---|---|---|---|
| 12. | Deputy City Attorney Gissel Fernandez (Sp?) (Percipient Witness City Attorney will testify to the statements provided to her given to her by Defendants) | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37.<br><br>Response Disclosed in discovery and in documents produced | 1 hour |
| 13. | Charles E. Frisco, Jr. (Percipient Witness Attorney will testify to his representation of Plaintiff and the fees charged) | .25 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37.<br><br>Response Disclosed in discovery and in documents produced | 1 hour |
| 14. | Deputy City Attorney Niklas Buckingham (Percipient Witness City Attorney will testify regarding the dismissal of the underlying criminal case against Plaintiff) | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37.<br><br>Response Disclosed in discovery and in documents produced | 1.5 hours |

| | | | | |
|---|---|---|---|---|
| 15. | Yuriy Verpukhovskiy, M.D. (Neurologist)(Percipient witness will testify regarding all aspects related to his treatment and care of plaintiff for his fractured skull (and resulting surgery), his shattered and broken front teeth, fractured facial bones (and resulting surgery), his broken arm (which had to be casted), and broken (comminuted) tibia and broken fibia (and resulting surgery to place a rod and plate) including the need for prescription medication for Plaintiff. | .5 hours | .25 hours; Objection: Failure to Disclose. FRCP 26 and 37. Response Disclosed in discovery and in documents produced | 1.5 hours |

| | | | | |
|---|---|---|---|---|
| 16. | Joseph Karam, M.D., (Trauma surgeon for critical care surgery at the Emergency Room at Northridge Hospital Medical Center. (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1.5 hours |
| 17. | Barry H, Pollack, M.D., is an emergency room doctor at the Northridge Hospital Medical Center and diagnosed and treated Plaintiff as a result of the incident alleged in the in the complaint. . (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1 hour | .25 hours | 1.5 hours |
| 18. | Custodian of Records and Bills from Northridge Hospital Medical Center and Dignity Health Care | .5 hours | 0 hours | .5 hours |

| | | | | |
|---|---|---|---|---|
| 19. | Ehab Yacoub, MD. (Pyschiatrist) (Percipient witness will testify regarding all aspects related to his treatment and care of plaintiff for his fractured skull (and resulting surgery), his shattered and broken front teeth, fractured facial bones (and resulting surgery), his broken arm (which had to be casted), and broken (comminuted) tibia and broken fibia (and resulting surgery to place a rod and plate) including the need for prescription medication for Plaintiff. | .5 hours | .25 hours | 1 hour |
| 20. | Brandi Carter NP. (Percipient Witness will testify regarding all aspects related to his treatment and care of plaintiff for his fractured skull (and resulting surgery), his shattered and broken front teeth, fractured facial bones (and resulting surgery), his broken arm (which had to be casted), and broken (comminuted) tibia and broken fibia (and resulting surgery to place a rod and plate) including the need for prescription medication for Plaintiff. | .5 hours | .25 hours | 1 hour |
| 21. | (Harrison Ford Kay, M.D. Emergency Room Doctor at LACounty USC Medical Center Detention Unit (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1 hour |

*Plaintiff's Witness List*
*Page 8*

Case 2:19-cv-00430-MCS-AS   Document 88   Filed 10/09/20   Page 9 of 10   Page ID #:967

| | | | | |
|---|---|---|---|---|
| 22. | Daniel Lee Johnson, M.D., . (Emergency Room Doctor at LACounty USC Medical Center Detention Unit (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1 hour |
| 23. | Pouriya Ghayoumi, M.D., (Emergency Room Doctor at LACounty USC Medical Center Detention Unit (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1 hour |
| 24. | Elke R. Ahlmann, M.D.,. (Emergency Room Doctor at LACounty USC Medical Center Detention Unit (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1 hour |

*Plaintiff's Witness List*
*Page 9*

| | | | | |
|---|---|---|---|---|
| 25. | Danielle Annette Wickham, M.D, . (Emergency Room Doctor at LACounty USC Medical Center Detention Unit (this doctor has been identified in the Expert Witness Disclosure but will testify as a percipient witness to all aspects of billing related to the treatment and care of plaintiff including the need to prescribe prescription medication for plaintiff and the multiple surgeries Plaintiff was required to submit to for his care and treatment as a result of is injuries sustained on the date of the incident) | 1.5 hours | .25 hours | 1 hour |
| 26. | Custodian of Records and Bills from Los Angeles County USC Medical Center | .75 hours | 0 hours | 1 hour |

Plaintiff has identified these witnesses in the middle of the COVID-19 Pandemic and it is unclear as to which witnesses are available and will be available to testify in this case. Plaintiff reserves the right to call witnesses in rebuttal which are not required to be and are not listed in herein although some such rebuttal witnesses are listed. Otherwise, Plaintiff reserves the right to amend this list to include other witnesses at trial depending on availability.

DATED: October 9, 2020        BELTRAN, BELTRAN, SMITH & MACKENZIE LLP

By    /S/
    PATRICK S. SMITH, ESQ.
    Attorney for Plaintiff