D. SHAWN BURKLEY, Esq. (SBN 310129)
13255 Ventura Blvd. Suite 515
Sherman Oaks, CA 91423
Tel: (818) 386-8408
Fax: (818 858-1089

Attorney for Plaintiff
*TRAVIS HANSTBARGER & DONNA BRITTON*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON STRATTON | ) CV 2:19-cv-00430 MCS (ASx) |
| Plaintiff, | ) |
| vs. | ) DEFENDANTS HANTSBARGER AND BRITTON'S JOINT WITNESS LIST |
| CITY OF LOS ANGELES, OFFICER GONZALEZ (#42365), OFFICER SANCHEZ (#32899), OFFICER AMBER KIM (#40907), TRAVIS HANTSBARGER, DONNA BRITTON, and DOES 1- 100, inclusive, | ) ) ) ) ) ) Trial: November 17, 2020 ) Time: 9:00 a.m. ) |
| Defendants. | ) |

Defendants TRAVIS HANTSBARGER and DONNA BRITTON hereby submit their joint list of proposed witnesses to the court. Given the current pandemic, the availability of some witnesses is uncertain. Plaintiff does not intend to call all of these witnesses depending on their availability.

DATED: October 9, 2020

By:_____

D. SHAWN BURKLEY

Attorney for
TRAVIS HANTSBARGER and
DONNA BRITTON

---

## VERNON STRATTON V. CITY OF LOS ANGELES, ET AL.

## 2:19-CV-00430 MCS (ASx) .

| WITNESS NO. | IDENTITY AND BRIEF DESCRIPTION OF TESTIMONY | Time Est. Direct Def. | Time Est. Cross Plaintiff | Time Est. Cross Govt. Def. |
|---|---|---|---|---|
| 1. | Travis  Hantsbarger (Defendant will testify being called to Ms. Britton's house twice, the confrontation with the armed Plaintiff, the Plaintiff's refusal to comply with requests to disarm, as well as any conversations had with the police regarding Plaintiff). | 5 hours | | |
| 2. | Donna Britton (Defendant will testify to the events at her home on April 12, 2018, including the trespass onto her property, the fear of home invasion created by Plaintiff's actions, her call to Hantsbarger for help, his provision of that help, the fact that Plaintiff was armed while trespassing on her property, her participation in disarming him and any conversations had between herself and law enforcement related to the invasion of her property. | 5 hours | | |

| | 3. | | Claire Costanza (Percipient witness Costanza will testify to Plaintiffs intoxication and irrational behavior and speech when she interacted with him at his home in the late afternoon / evening of April 12, 2018.) | 3 hours | | |
|---|---|---|---|---|---|---|

Defendants Hantsbarger and Britton (the Private Defendants) identify these witnesses while informing the court that Counsel undertook this representation after much of the discovery was completed and the deadlines for certain discovery had passed. Accordingly, the Private Defendants reserve the right to call witnesses in rebuttal which are not required to be and are not listed in herein. Further, the Private Defendants reserve the right to seek to amend this list to include other witnesses at trial depending on availability and subject to any ruling by the court.

DATED: October 8, 2020

By:_____

D. SHAWN BURKLEY

Attorney for
TRAVIS HANTSBARGER and
DONNA BRITTON

---

**DEFENDANTS BRITTON AND HANTSBARGER'S WITNESS LIST**