JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VERNON STRATTON,

               Plaintiff,

        v.

CITY OF LOS ANGELES, et al.,

               Defendants.

Case No.: 2:19-cv-00430 MCS (ASx)

**ORDER GRANTING DISMISSAL OF FEDERAL LAW CLAIMS [115] AND GRANTING STIPULATION TO REMAND CASE [116]**

     Plaintiff Vernon Stratton and the remaining Defendants ("Parties") filed a "Stipulation to Dismiss Federal Law Claims for Relief Against Defendants Hantsbarger and Britton" and a "Second Stipulation to Remand Case to Los Angeles Superior Court." ECF Nos. 115, 116. The Court previously denied the Parties' first stipulation to remand the case because Plaintiff still alleged claims arising under federal law. ECF No. 114. Plaintiff has now dismissed those claims. ECF No. 115. The Court **GRANTS** the Parties' dismissal of the federal law claims. *Id*.

    / / /

    / / /

1

1       The Court therefore **GRANTS** the stipulation to remand.

2

3   **IT IS SO ORDERED.**

4

5    Dated: June 2, 2021

6                                               MARK C. SCARSI
                                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28